

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2014

No. 04-14-00654-CV

**IN THE INTEREST OF L.A.A., L.B.A., AND K.S.,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02644
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file brief is hereby GRANTED. Appellee's brief is deemed filed as of November 24, 2014.

It is so **ORDERED** on December 4, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court